GEORGE A. WOBIE, Respondent, v. PETER C. HEIDELBERGER, Appellant.— Order granting motion for examination before trial affirmed, with ten dollars

costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.